NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PURE FISHING, INC., AN IOWA CORPORATION,**
*Plaintiff-Appellee,*

**v.**

**NORMARK CORPORATION, A MINNESOTA CORPORATION, DBA RAPALA,**
*Defendant-Appellant.*

———————————

2014-1300

———————————

Appeal from the United States District Court for the District of South Carolina in No. 3:10-cv-02140-CMC, Judge Cameron McGowan Currie.

———————————

**ON MOTION**

———————————

Before TARANTO, *Circuit Judge.*

**O R D E R**

Normark Corp. moves without opposition to stay this appeal until the United States Supreme Court renders a judgment in *Highmark Inc. v. Allcare Health Management Systems, Inc.*, No. 2012-1163 and *Octane Fitness, LLC v. Icon Health & Fitness, Inc.*, No. 2012-1184.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The parties are directed to advise this court within 14 days from the date of the Supreme Court's judgment in *Highmark* and *Octane Fitness* how they believe this appeal should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30