NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**PURE FISHING, INC., AN IOWA CORPORATION,**
*Plaintiff-Cross-Appellant,*

v.

**NORMARK CORPORATION, A MINNESOTA CORPORATION, DBA RAPALA,**
*Defendant-Appellant.*

2014-1300, 2015-1167, -1168

Appeals from the United States District Court for the District of South Carolina in No. 3:10-cv-02140-CMC, Judge Cameron McGowan Currie.

**O R D E R**

The parties inform the court that the district court has issued a supplemental order on attorney fees. Appeals of this order have been docketed as nos. 2015-1167 and 2015-1168. The parties also move to lift the stay of the briefing schedule and set briefing due dates.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The stay of proceedings in 2014-1300 is lifted.

(2) Appeal nos. 2015-1167 and 2015-1168 are consolidated with no. 2014-1300. The revised official caption is reflected above.

(3) Appellant's opening brief is due no later than 40 days from the date of this order.

                        FOR THE COURT

                        /s/ Daniel E. O'Toole
                        Daniel E. O'Toole
                        Clerk of Court

s25